NATIONAL FIRE INS. CO. v. HAMMON TRADING CO.

No. 4237. Opinion Filed May 4, 1915.

(148 Pac. 722.)

APPEAL AND ERROR—Confession of Error—Disposition of Cause.
Where, upon appeal, defendant in error confesses error, the judgment of the trial court will be reversed, and the case remanded.

(Syllabus by Bleakmore, C.)

*Error from Superior Court, Custer County;*

*J. W. Lawter, Judge.*

Action between the National Fire Insurance Company, a corporation, and the Hammon Trading Company. From the judgment the Insurance Company brings error. Reversed and remanded.

*Scothorn, Caldwell & McRill,* for plaintiff in error.

*George T. Webster,* for defendant in error.

BLEAKMORE, C. The defendant in error has filed herein its confession of error and request for reversal. The judgment of the trial court is therefore reversed, and the case remanded.

By the Court: It is so ordered.